Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
_____ Division

Frank Brett
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

#1. President Donald Trump
#2. Attorney General William Barr
#3. David Samson
#4. Bill Baroni
#5. Bridget Ann Kelly
#6. Attorney Derton Fishman
#7. David Fox
#8. Bishop Gerald Barbito
#9. Bill Nauhy
#10. David Wildstein
#11. U.S. Marshall Joe Fucher Palm Beach Fl.
#12. Jeff + Marth Epstein Court

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:21-CV-388-BJD-PDB
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

    A.  The Plaintiff(s)

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name              Frank Brett / Frank Brett
        Street Address    822 Johnston ST
        City and County   Philadelphia, Philadelphia
        State and Zip Code PA 19148
        Telephone Number
        E-mail Address

    B.  The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

[Notary stamp: TERRY DAVID WILKIN, Notary Public-State of Florida, Commission # GG 311296, My Commission Expires March 13, 2023]

Defendant No. 1
- Name: President Donald Trump
- Job or Title (if known): President
- Street Address: 222 Pennsylvania Ave.
- City and County: Washington, DC and Washington, DC
- State and Zip Code: Washington, DC, 37222
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: William Barr
- Job or Title (if known): Attorney General of United States of America
- Street Address: 222 Pennsylvania Ave.
- City and County: Washington, DC and Washington, DC
- State and Zip Code: Washington, DC, 37222
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: David Samson
- Job or Title (if known): Attorney General of New Jersey + Boss
- Street Address: 1 World Trade Center 7th Ave
- City and County: NY, NY
- State and Zip Code: NY, 10018
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Bill Baronie
- Job or Title (if known):
- Street Address: 1 World Trade Center 7th Ave.
- City and County: NY, NY
- State and Zip Code: NY, 10018
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title 18, Section-3771 Crime Victims Act - Victims of Federal Crimes have the right to be heard in Court. Obstruction of Justice - 28:1346 - Wrongful Death and Obstruction of Justice and Raping of Frank Brett Jr. Jr. II when he was sleeping as a Federal undercover and a federal informant. Desecration of Cause I State that all Defendants covered up the Murders by Poisoning of Babies from Heaven Frances Brett III, Cheryl Brett, Maryann Brett and Frank Brett Sr. Poisoned at Times & Christine Salter and 5 other Babies we have found who were killed

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In Title 119 USC (A) 7 (B) (b) a Black and white gangs came after cops and their family and the U.S. Government did not protect me and did illegal wire Taps on my Phones, Crime Victims Rights Act - Title 18 Section 3771 - victims of Federal crimes have rights including the Right to be heard in Court, Not to be excluded from Court proceedings and the right to be treated Fairly. Donald Trump and employees got in the way of 5 corruption cases I was involved with and Donald Trump and William Barr let the criminals get away. They obstructed Justice Into the New York & New Jersey Port Authority case with David Simpson and NJ Governor Chris Christie perjured himself. Refer to US Federal Judge Sue Wigginton, She knows I'm the Truth from Newark, New Jersey.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In Title 19 USC (A) 7 (B)(b) a Black and white gangs came after cops and their family and the U.S. Government did Not protect me and did illegal wire Taps on my Phones. Crime victims Rights Act - Title 18 Section 3771 - victims of Federal crimes have rights including the Right to be heard in Court, Not to be precluded from Court Proceedings, and the right to be treated Fairly. I call upon the Fairness Committee and the Peterson Group Both in Washington, DC for Help.

I am Suing all Defendants for 3 Million dollars each.

Injunction against Police Chiefs who was fired in Greenville, SC where Captain CR Craven and Lt. Craven are still being investigated by several Federal Agency's for colusion with the (Moonshiners) Joe Cotes Gang Flows Pothead gang and Hells Angels - Sgt Craven and Mrs Chambers in Oconee County Geon in use a federal agent seen all together on RT, 1 in front of the Greater Christian Church sign on RT 1. Injunction against all Black Woman US Marshall Mrs Adams and White Marshalls Joe Tucker and John Baptist & Marshall way of Mathews.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/9/21

Signature of Plaintiff: *Frank Brett*
Printed Name of Plaintiff: *Frank Brett*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Frank Brett
VS

#1. President Donal Thump
#2. Attorney General William Bahr
#3. David Samson
#4. Bill Baronie
#5. Bridget Ann Kelly
#6. Attorney Der Mon Fishman
#7. David Fox
#8. Bishop Gerald Barbito
#9. Bill Nowlty
#10. David Wild Stein
#11. U.S. Marshall Joe Tucher (White Man)
#12. Jeff + Mark Epstein Gang
#13. Attorney Mr. Green
#14. Jean Luc Brunnel
#15. Paul and Marie Marsella + Binky Marsella
#16. Morgre Marsella Female Cousin 40's yrs. old
#17. Mrs. Light, Female Cousin 20's yrs. old U Haul Arizona AGG 703
#18. (FBI) Federal Bureau of Investigation officers - Mr. Sweeney, Mike Collins and Mike Heinston n Mr. Pagent - From Pompano Beach FL.
#19. Brendan Brett, Dan Brett, Richard Prott and Morre Paralegal
#20. Charlie Brett
#21. Jerry Brett
#22. John Morgan Law Firm
#23. Marlon Miller - U.S. Customs Agent
#24. Joe Anice Gang - (Falcon) Drug King Pin
#25. Paul Johnson
#26. Paul Johnson 20's yrs old Cousin
#27. Tom Hodge
#28. Hd Hadnel
#29. Barry Enight
#30. Floyd Wheeler

#31. Rev. Hall - Boss - Orlando FL Rescue Mission
#32. Bill Christensen - New Boss of Bethesda Mission
#33. Doug Buryer
#34. Robert Rockwell - Boss
#35. Louis Vasquez
#36. Mr. Guzman
#37. Melinda Bosh
#38. Cita Mission - Mr. Service Boss
#39. Marre Mack Parth
#40. Morre Mack David Female 30's yrs. old cousin

#41. Mr. Cratterdan - (Mr. Man)
#42. Mrs. Elita
#43. Jim Myers
#44. Jim Hoffman
#45. Mrs. Lapata
#46. Jim Hoffman 50-3 yrs. old cousin Livin in woods.
#47. Bernice Carter
#48. (VANGO) - Nick Name (Black Bohemian Man)
#49. Christ Church - United Methodist Church - Rev. Phil & Brett
#50. Mrs. Powell - U.S. Fed court clerk
#51. Jack Miller
#52. Richard & Marion Gertz & Carroline & Holden
#53. Ricky Gertz
★ ★ ★ ★ ★

54) St. John's Sheriff R. Combs, Mr. Hatch, Mr. Doyle, Unknown White Man Lt., 1st officer White Man
55) Captain Doyle - Philan Police
56) Captain Doyle's - Italian Man's Neal cop 1044 McElldon St.
57) Mrs. Epstein - white Man cousin 50-3 yrs old (NC) FDE McGregor
58) A. Hrechi - Sheriff - Martin County, FL
59) A. Snoozie - Seminole County Sheriff
60) Brevard County Sheriff Lee and Munoz & Pembroke & STAR
61) Kathy Brett
62) Sheriff F. Roethy & Bruce & Pops
63) Steve Carra, Muncle - Philan Fla court clerk
64) The Board of Directors of Bethesda Mission
   #1. Chuck Wingate    #5. Mrs. Tattanuel
   #2. David Dyson       #6. June Alleman
   #3. Georgian Buchholler
   #4. Mr. Ross          #7. Scot Dunwoody
65) Simon Rawloff & Cecil McCrae
66) Chris Nigh T.

Pg. 3 of 3

"See Attached"
Pg. 3 of 3

- Murder Suspect (67) Monsignor Murray
- (68) Mrs. Giordano
- Murder Suspect (with Raygers Gang) (69) Ridley Park Police - 1 of 4 officers Italian Man with Tattoos and his Brother
- (70) Office Depot Employee - All but one White Man
- (71) Philadelphia Phillies - Andy McPail, Hunter Pence (Fired) Mitt Montgomery, Ruben Amaro Jr., Jason Worthy, Cole Hamels, Ryan Howard, Chase Utley, Brett Myers
- (72) Philadelphia Eagles - Jeff Lurie - Deuce Staley
- Ray Roads ? - Jackson, Donovan McNabb, Keith Byars
- (73) Mrs. Harp
- (74) Money Sullen
- (75) Stephen Bingham Lupica
- (76) Laney & Heath Savrs
- (77) Travis Willis & Sheryl Willis
- (78) Mr. Willis with Guitar 60's yrs old
- (79) Mr. G New - Chinese Billionaire
- (80) Steve Bannon
- (81) AR Gas Bannon
- (82) Roger Stone
- (83) Roger Stone cousin 50's yrs old Man
- (84) Orange County Sheriff Mr. Cernak
- (85) Sgt. Craven - Sheriff Toombs County Georgia
- (86) Jerry Batt - Airborn - Ft. Benning Georgia
- (87) Captain Craven
- (88) Lt. Craven

- (89) Harry Sheaffler - Clark Rd. Ridley Park Pa
- (90) Wawa Corp. Ed Wow
- (91) Baldwin Park Bicycles - Owner
- (92) Tom Bodith - Creative Editor - New York Times Fired
- (93) John Wilson
- (94) Richard Wilson
- (95) Mr. Wilson 60's yrs old Small Man
- (96) John Hane
- (97) Carl Hane
- (98) Joe Hane
- (99) Tim Hane
- (100) Kathy Svegerson - Cigar
- (101) Kathy Svegerson Female 30's yrs old cousin
- (102) Monsignor Tobin
- (103) Monsignor Heath O'Hare - St. Lewis Church
- (104) Mrs. Barnes - Black Woman Court Clerk
- (105) Mrs. Nobles - Black Woman Court Clerk
- (106) Mrs. Ellington - Court Clerk Palm Beach Fl.
- (107) Rhonda Martin - Court Clerk Palm Beach Fl.
- (108) Captain Doyle - Coach Fired from University of Iowa Football Team Strength Coach (Raped Me)
- (109) Gladys daughter - 40's yrs old Iowa
- (110) Ivan Robles - Private Investigator
- (111) Jean Luc Brunel
- (112) Mr. Camaron - Black Man - CSX Security Guard
- (113) Valerie - Caucasian White Woman - Manhattan NY Court Clerk
- (114) Ray Smith
- (115) Steve Smith
- (116) Herman Milken
- (117) Mr. Arnie - White Man
- (118) Mr. Pfarz - 20's yrs old
- (119) U.S. Marshall - Black Man Archer - Columbia SC
- (120) Mr. Archer - Black Man 50's yrs old cousin to office agents
- (121) Barry Krisher - Fl. State Attorney - Criminal

5) Bridget Ann Kelly - 1 World Trade Center
   NY, NY. 10018

6) Attorney DenMon Fishmey - 600 S. Andrews Ave, Suite 402
   Fort Lauderdale, FL. 33301 - (May for criminal)

7) David Fox - 1 World Trade Center
   NY, NY. 10018

8) Bishop Gerald Barbrito - 9067 Southern Blvd
   and 100 Catholic Monsignors
   W. Palm beach, FL. 33411

9) Bill Nowolty - Accountant - (Criminal) - 1 World Trade Center
   NY, NY. 10018

10) David Wildstein - 1 World Trade Center
    NY, NY. 10018

In The United States District Court
For the Middle District of Florida

Case No. 3:21-cv-388-BJD-PDB

Frank Brett
vs
#1. President Donald Trump
#2. Attorney General William BARR
#3. David Samson
#4. Bill Baroni
#5. Bridget Ann Kelly
#6. Attorney Dermon Fishman
#7. David Fox
#8. Bishop Gerald Barbito
#9. Jeff + Mark Epstein
#10. David Wildstein
#11. US Marshall Joe Turner
#12. Jeff + Mark Epstein Guy

- Motion To File Under Seal - Case, My Life has been threatened

Motion to Allow Me to File a Law Suit in US — Motion To [illegible]
in this Court because of New Evidence into the Poisoning Deaths of 5 of My Family Members
[illegible] were babies — Travis Brett III — 5½ Months, Cheryl Brett Jr. 4 Months
[illegible] Brett 5½ Months, Dalton Brett died of congestive heart [illegible]
[illegible] poisoning he was 5¾ Months and a baby. Fred Brett [illegible]
[illegible] concrete cleaner from Sherwin Williams [illegible]
[illegible] the paint store closed. On 10/30/18 we lost our [illegible]
who I stated Christine Salley was also poisoned and was murdered by these people.

This is also a Motion to Stay in Light of the New Evidence I have Uncovered
as a Federal Undercover, Federal Investigator, Federal Witness, Federal Informant,
and Federal Logistics Taker for the "Law Men of The Year" award witness.

Since 2009-2019 I personally delivered many documents to Robert Zauzmer US Attorney's office in [illegible]
2015 [illegible] I forgot her name, US Attorney John Reace, US Attorney Zane [illegible]
[illegible] US Attorney Lev all Lawmen of Year, with my
[illegible] Me and my wife Cheryl were both poisoned
3 [illegible] Cheryl was [illegible] she almost died in
[illegible] at the hospital [illegible] hidden attorneys
[illegible]

Frank Brett
[signatures]
5/3/21